DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JESSY E. LUCAS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3899

[November 15, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Saint Lucie County; James W. McCann, Judge; L.T. Case No. 562015CF001659A.

Antony P. Ryan, Regional Counsel, and Paul O'Neil, Assistant Regional Counsel, Office of Criminal Conflict and Civil Regional Counsel, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Allan R. Geesey, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., WARNER and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***